FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br>AGUSTIN SANTANA,              )<br>          Defendant.          )<br>_____) | Case No. 08-1629M<br><br>**ORDER OF DETENTION** |

I.

A.  ( ) On motion of the Government involving an alleged:

  1.  ( ) crime of violence.

  2.  ( ) offense with maximum sentence of life imprisonment or death.

  3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years.

  4.  ( ) felony where defendant was convicted of two or more prior offenses described above.

  5.  ( ) felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.     (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.     (X) a serious risk defendant will flee.

2.     ( ) a serious risk defendant will:

       a. ( ) obstruct or attempt to obstruct justice.

       b. ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.     The Government is ( ) is not (X) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.     the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.     the weight of evidence against the defendant;

C.     the history and characteristics of the defendant; and

D.     the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.     The court finds that no condition or combination of conditions will reasonably assure:

1.     (X) the appearance of defendant as required.

       ( ) and/or

2.     ( ) the safety of any person or the community.

| | | |
|---|---|---|
| B. | | The court bases the foregoing finding(s) on the following: |
| | 1. | (X) Flight Risk: The history and characteristics indicate a serious risk that defendant will flee because: <u>(1) his background is unverified; (2) he lacks bail resources; (3) his immigration status is undocumented; and (4) defendant submitted to detention request.</u> |
| | 2. | ( ) Danger: Defendant poses a risk to the safety of other persons or the community because: _____ |
| | 3. | (X) <u>See also</u> Pretrial Services Report/Memorandum. |
| | 4. | ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute. |

V.

| | | |
|---|---|---|
| A. | | The court finds that a serious risk exists that defendant will: |
| | 1. | ( ) obstruct or attempt to obstruct justice. |
| | 2. | ( ) threaten, injure or intimidate a witness or juror. |
| | 3. | ( ) attempt to threaten, injure or intimidate a witness or juror. |
| B. | | The court bases the foregoing finding(s) on the following: _____ |

( ) <u>See also</u> Pretrial Services Report/Memorandum.

VI.

A. IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

1     D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on
2           request of any attorney for the Government, the person in charge of the corrections
3           facility in which defendant is confined shall deliver defendant to a United States
4           marshal for the purpose of an appearance in connection with a court proceeding.
5 DATED: _____July 11_____, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge